## 67400. CRAWFORD v. FIRST NATIONAL BANK OF COLUMBUS.

POPE, Judge.

The issue raised by this appeal is controlled adversely to appellant by the holding in *Turner v. Harper,* 234 Ga. 891 (218 SE2d 621) (1975). See also OCGA § 9-11-60 (f) (Code Ann. § 81A-160); *McCarthy v. Holloway,* 245 Ga. 710, 711 (267 SE2d 4) (1980); *Willis v. Century Finance Co.,* 149 Ga. App. 859 (256 SE2d 152) (1979).

*Judgment affirmed. Quillian, P. J., and Sognier, J., concur.*

Decided February 23, 1984.

J. Clinton Smith, Jr., for appellant.
Michael P. Cielinski, for appellee.